IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| CLEARFIELD CITY, a Utah Municipal corp., <br><br> Plaintiff, <br><br> vs. <br><br> LYNN A. JENKINS, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER <br><br><br><br> Case No. 1:09-CV-184 TS |

Defendant moves for reconsideration of this Court's Order Remanding the case. The Court has considered the Motion and finds that it does not state grounds for reconsideration. It is therefore

ORDERED that Defendant's Motion to Reconsider (Docket No. 10) is DENIED.

DATED January 19, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge